Chapter 13 Plan Form, Revised 10/24/2005

**Amended CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
__SOUTHERN__ DISTRICT OF MISSISSIPPI          CASE NO. 11-50040

Debtor __Catina M. Hopkins__    SS # XXX-XX-__2711__    Current Monthly Income $__1,368.00__
Joint Debtor _____    SS # XXX-XX-_____    Current Monthly Income $_____
Address __98 Cockrell Road, Brooksville, MS 39739__    No. of Dependents __2__
Telephone No. __662-738-5430__    TAX REFUNDS AND EIC FOR DISTRIBUTION: _____

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

## PAYMENT AND LENGTH OF PLAN

The plan period shall be for a period of __60__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A) Debtor shall pay $__150.00__ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @: _____

(B) Joint Debtor shall pay $_____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @: _____

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $_____ @$_____/mo
State Tax Commission $_____ @$_____/mo    Other $_____ @$_____/mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** _____

beginning _____ in the amount of $_____ per month shall be paid:
_____ direct    _____ through payroll deduction    _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** _____

in the amount of $_____ shall be paid $_____ per month:
_____ through payroll deduction    _____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: __Green Tree__    BEGINNING __1-11__    @$__330.00__    ( ) PLAN (X) DIRECT
MTG PMTS TO: _____    BEGINNING _____    @$_____    ( ) PLAN ( ) DIRECT
MTG PMTS TO: _____    BEGINNING _____    @$_____    ( ) PLAN ( ) DIRECT
MTG ARREARS TO: _____    THROUGH _____    $_____    @$_____/MO*
(*Including interest at ____%)
MTG ARREARS TO: _____    THROUGH _____    $_____    @$_____/MO*
(*Including interest at ____%)
MTG ARREARS TO: _____    THROUGH _____    $_____    @$_____/MO*
(*Including interest at ____%)

Debtor's Initials __C.H.__   Joint Debtor's Initials _____    CHAPTER 13 PLAN, PAGE 1 OF 2

EXHIBIT A

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Advantage Fin. | household goods | 2,074.46 | 500. | 7 % | 652.00 | 11.00 |
| ~~Dowdle Gas~~ | ~~household goods~~ | ~~950.00~~ | ~~950.~~ | ~~7 %~~ | ~~1,027.0~~ | ~~17.00~~ |
| ~~First Franklin Fin~~ | ~~household goods~~ | ~~702.00~~ | ~~350.~~ | ~~7 %~~ | ~~457.00~~ | ~~10.00~~ |
| Republic Finance | household goods | 2,343.46 | 500. | 7 % | 652.00 | 11.00 |
| ~~Senter's~~ | ~~household goods~~ | ~~381.00~~ | ~~381.~~ | ~~7 %~~ | ~~497.00~~ | ~~9.00~~ |
| ~~Tower Loan~~ | ~~household goods~~ | ~~2,904.00~~ | ~~1,500.~~ | ~~7 %~~ | ~~1,958.0~~ | ~~33.00~~ |
|  |  |  |  | % |  |  |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
|  |  |  |  |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: _____

**UNSECURED DEBTS** totaling approximately $ 10,339.51 ~~6,400.51~~ are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: _____ IN FULL or 8 5 % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2,800.00
Attorney Fees Previously Paid $ -0-
Attorney fees to be paid through the plan $ 2,800.00

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Telephone/Fax _____

Attorney for Debtor (Name/Address/Phone # / Email)
Timothy L. Gowan
Post Office Box 401
Macon, MS 39341
Telephone/Fax 662-726-2000/662-726-4040
E-mail Address tlgowan@hotmail.com

DATE: 1-6-11

DEBTOR'S SIGNATURE
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE